379 A.2d 616
Commonwealth v. Weston, Appellant.

Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Michael J. Korolishin, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.